■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN SCOTT, Appellant. [652 NYS2d 538] —Appeal by the defendant from a judgment of the County Court, Nassau County (Calabrese, J.), rendered December 22, 1995, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Thompson, Santucci and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SLAVINSKY, Appellant. [652 NYS2d 538] —Appeal by the defendant from a judgment of the County Court, Nassau County (Mackston, J.), rendered May 17, 1995, convicting him of robbery in the first degree (2 counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386

US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Thompson, Santucci and Altman, JJ., concur.